# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**TYRONE LOCKE**                                                                            **PLAINTIFF**
**ADC #127715**

**V.**                                  **2:09CV00105 WRW/HDY**

**JOSEPH E. HUGHES** *et al.*                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Arkansas Department of Correction are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction's name is removed as a party Defendant.

DATED this 24th day of August, 2009.

                                                                  /s/ Wm. R. Wilson, Jr._____
                                                                   UNITED STATES DISTRICT JUDGE