**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TYRONE LOCKE                                                                           PLAINTIFF
ADC #127715

V.                                                NO: 2:09CV00105 WRW/HDY

JOSEPH E. HUGHES *et al.*                                                              DEFENDANTS

<u>**ORDER**</u>

On August 20, 2009, Defendants Correctional Medical Services, Inc. ("CMS"), and Joseph

E. Hughes, filed a motion to dismiss, along with a brief in support (docket entries #9 & #10).

Although more than 11 days has passed, Plaintiff has not responded.  However, in light of Plaintiff's

*pro se* status, he will be granted an additional 11 days in which to file his response.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to the motion filed by CMS

and Hughes no later than 11 days after the entry of this order.

DATED this __4__ day of September, 2009.


_____
UNITED STATES MAGISTRATE JUDGE